# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | |
|---|---|
| NORTH COVENTRY TOWNSHIP, | : No. 574 MAL 2023 |
| Respondent | : |
| | : Petition for Allowance of Appeal |
| | : from the Order of the |
| v. | : Commonwealth Court |
| | : |
| JOSEPHINE M. TRIPODI AND GERRI CARR TRIPODI, | : |
| | : |
| Petitioners | : |

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 15th day of April, 2024, the Petition for Allowance of Appeal is **DENIED**.